RUTH TORBETT, Respondent, *v.* SHERBURNE B. EATON, Appellant.

(Argued March 5, 1889; decided March 19, 1889.)

APPEAL from an interlocutory judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made June 19, 1888, which affirmed a judgment entered at Special Term sustaining the demurrer of plaintiff to a portion of defendant's answer.

*Eugene H. Lewis* for appellant.

*William W. Badger* for respondent.

Agree to affirm; no opinion.
All concur, except EARL and DANFORTH, JJ., dissenting.
Judgment affirmed.